# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ZAREH TANAHAN,<br><br>     Petitioner,<br><br>     v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>     Respondents. | Case No. 2:25-cv-02075-RFB-BNW<br><br>**ORDER** |

Petitioner Zareh Tanahan, an immigration detainee, has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, an application to proceed *in forma pauperis* ("IFP"), and a motion for appointment of counsel. (ECF Nos. 1, 1-1, 2.) The Court first finds that good cause exists to grant the IFP application. The Court also finds that the appointment of counsel is in the interests of justice, given, among other things, the complexities of this case.[1] And, following a preliminary review of the Petition, the Court directs that the Petition be served on Respondents.

Therefore, **IT IS HEREBY ORDERED** that the IFP application (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that the motion for appointment of counsel (ECF No. 2) is **GRANTED**. The Federal Public Defender for the District of Nevada is appointed to represent Petitioner Zareh Tanahan and is directed to file a notice of appearance (or indicate its inability to represent Tanahan) within 7 days of the date of this Order. If the Federal Public Defender is unable

---

[1] Prisoners applying for habeas corpus relief are entitled to appointed counsel when the circumstances indicate that appointed counsel is necessary to prevent due process violations. Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986) (citing Kreiling v. Field, 431 F.2d 638, 640 (9th Cir. 1970) (*per curiam*)). Indeed, the Court may appoint counsel at any stage of the proceedings if the interests of justice so require. See 18 U.S.C. § 3006A; see also Rule 8(c), Rules Governing § 2254 Cases; Chaney, 801 F.2d at 1196.

to represent Tanahan, because of a conflict of interest or for any other reason, alternate counsel will be appointed. Appointed counsel will represent Tanahan in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

**IT IS FURTHER KINDLY ORDERED** that the Clerk of Court:

1. **FILE** the Petition (ECF No. 1-1).

2. **DELIVER** a copy of the Petition (ECF No. 1-1) and this Order to the U.S. Marshal for service.

3. **SEND**, through CM/ECF, a copy of the Petition (ECF No. 1-1) and this Order to the United States Attorney for the District of Nevada (at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, and caseview.ecf@usdoj.gov) in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) by adding United States Attorney for the District of Nevada to the docket as an Interested Party.

4. **MAIL** a copy of the Petition (ECF No. 1-1) and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

    1) John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

    2) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528

    3) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

    4) Kerri Ann Quihuis, 501 South Las Vegas Blvd., Suite 1000, Las Vegas, NV 89101

    5) Michael Bernacke, Salt Lake City ICE Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096

    6) Patrick Lechleitner, ICE Deputy Director, 500 12th Street SW,

Washington, DC 20536

5. **SEND** a copy of the Petition (ECF No. 1-1) and this Order to the Federal Public Defender, Petitioner Zareh Tanahan, and the CJA Coordinator for this division.

**IT IS FURTHER ORDERED** that the U.S. Marshal **SERVE** a copy of the Petition (ECF No. 1-1) and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that counsel for Respondents file a notice of appearance within 7 days of the date of this Order and a response to the Petition within 14 days of the date of this Order. Petitioner will then have 14 days to file a reply, if desired.

**DATED:** October 28, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**